# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| CHRYSTAL CAUSBY, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:22-cv-00556-WCM |
| | ) | |
| vs. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 4, 2024 Memorandum Opinion and Order.

January 4, 2024

*[signature]*

Katherine Hord Simon, Clerk
United States District Court